In the Matter of FREDERICK W. KAELBER, Doing Business as FREDERICK W. KAELBER COMPANY, Appellant, against HENRY A. SAHM et al., Constituting the Town Board of the Town of North Hempstead, Nassau County, et al., Respondents.

Argued June 1, 1953; decided July 14, 1953. .

*Emil V. Pilz* for appellant.

*Bertram B. Daiker* and *James L. Dowsey, Jr.,* for Henry A. Sahm and others, respondents.

*Isidore Englander* and *Herman Englander* for Morse Boulger Destructor Company, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.